Trial Court No. 9544
Appeals Court No. _____

IN THE MATTER OF THE MARRIAGE OF   IN THE 354TH DISTRICT COURT

HEATHER D. DIXON
AND               OF
EDSEL AMOS DIXON

RAINS COUNTY, TEXAS

AND IN THE INTEREST OF
ASHLEY LYNN DIXON,
A CHILD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/30/2015 2:53:58 PM
CATHY S. LUSK
Clerk

## CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL
## IN COURT OF APPEALS

The records of my office show:

1)  Written Notice of Appeal was filed on the 25TH day of MARCH, 2015
   ATTACHED COPY OF NOTICE OF APPEAL TO THIS FORM

2)  The Cause of Action:
   **DIVORCE**

3)  The date of signing of Judgment:
   JANUARY 23, 2015

4)  The Honorable RICHARD BEACOM presided at the trial.

5)  The PLAINTIFF is represented on appeal by:
   H. CRAIG BLACK
   2510 LEE STREET, GREENVILLE, TX 75401
   STATE BAR CARD NO. 02371400
   TELEPHONE: (903) 454-2168; FAX: (903) 454-3003
   HCBLACK@ATT.NET

6)  The DEFENDANT is represented on appeal by:
   EDSEL AMOS DIXON (PRO SE)
   732 WEDDLE DR., GRAPEVINE, TX 76051
   TELEPHONE: (682) 301-0592

7)  The trial was before the court: (YES) With a Jury _____

8)  Motion for New Trial (NO)
   DATE FILED: N/A

9)  Findings of Fact/Conclusions of Law: (NO)
   DATE FILED: N/A

10)  The Court Reporter who reported the evidence was:
   Michael Hurley (6/13/14 hearing)
   1330 Mackie Drive, Richardson, TX 75081
   (214) 226-2547
   MPHURLEY196@AOL.COM

   Julie Vrooman (11/14/14 hearing)
   1418 Jackson Run, Greenville, TX 75402
   (281) 813-5215
   VROOMAN.JULIE@GMAIL.COM

**1**

_/s/_

Laura Pate, Deputy
Date:  March 30, 2015
Deborah Traylor, District Clerk
Rains County, Texas
PO Box 187
Emory, Texas 75440
(903) 473-5000 Ext. 101 phone
(903) 473-5008 fax
laura.pate@co.rains.tx.us

CASE 9544

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| HEATHER DENICE DIXON | § | |
| AND | § | OF RAINS COUNTY, TEXAS |
| EDSEL AMOS DIXON | § | |
| | § | |
| IN THE INTEREST OF | § | |
| ASHLEY LYNN DIXON, | § | |
| MINOR CHILD | § | 354TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

This Notice of Appeal is filed by Edsel Amos Dixon, Petitioner, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.  The trial court, cause number, and style of this case are as shown in the caption above.

2.  The judgment or order appealed from was signed on January 23, 2015.

3.  Edsel Amos Dixon desires to appeal from all portions of the judgment.

4.  This appeal is being taken to the Twelfth Court of Appeals.

5.  This notice is being filed by Edsel Amos Dixon.

Respectfully submitted,

Edsel Amos Dixon
732 Weddle Dr.
Grapevine, TX 76051



9544; Dixon

Notice of Appeal

Page 1 of 2

3

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas

Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: Heather D. Dixon

Lead Attorney: Craig Black

Address of service: 2510 Lee Street, Greenville, Texas 75402

Method of service: By Certified Mail

Date of Service: March 25, 2015

Edsel A. Dixon

9544; Dixon